1 | Frank Woodson
Navan Ward
2 | **BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
3 | 218 Commerce Street
P.O. Box 4160
4 | Montgomery, Alabama 36103
Telephone: 334-269-2343
5 | Facsimile: 334-954-7555
Attorneys for Plaintiffs
6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
13 | PRODUCT LIABILITY LITIGATION

**MDL NO. 1699**
**District Judge:  Charles R. Breyer**

14 | This Document Relates To:

15 | *Judy Shearer, et al. vs. Pharmacia Inc, et al.*
(05-4581 CRB)
16

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

17 | *Barbara J. Williams vs. Pfizer Inc, et al.*
(06-1670 CRB)

18 | *Michele Walker, et al. vs. Pfizer Inc, et al.*
(06-1878 CRB)
19

20 | *Stephanie Shearer vs. Monsanto Company, et*
*al.*
(06-1902 CRB)
21

22 | *Joe Vega, et al. vs. Pfizer Inc, et al.*
(06-2440 CRB)

23 | *Brad Henry Taylor vs. Pfizer Inc, et al.*
(06-2577 CRB)
24

25 | *James Preston Taylor vs. Pfizer Inc, et al.*
(06-2863 CRB)

26 | *John H. Roberts, Jr. vs. Pfizer Inc, et al.*
(06-3062 CRB)
27

28 | *Patsy Lynn Stegall vs. Pfizer Inc, et al.*
(06-3084 CRB)

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

1

2 | *Andrea Sanborn, et al. vs. Pfizer Inc, et al.*
(06-3100 CRB)

3 | *Barbara Smith, et al. vs. Pfizer Inc, et al.*
(06-3102 CRB)

4

5 | *Arnold Swick vs. Pfizer Inc*
(06-3304 CRB)

6 | *Corrine Morrisette vs. Pfizer Inc, et al.*
(06-3363 CRB)

7

8 | *Sylvia Wingard vs. Pfizer Inc, et al.*
(06-3653 CRB)

9 | *Susan Smith vs. Pfizer Inc, et al.*
(06-3951 CRB)

10

11 | *Clarence Edward Smith vs. Pfizer Inc, et al.*
(06-3957 CRB)

12 | *Mary Vernick vs. Pfizer Inc, et al.*
(06-4102 CRB)

13

14 | *Patricia Ann Kennedy Watson vs. Pfizer Inc, et al.*
(06-4285 CRB)

15

16 | *Marvin Rogers vs. G.D. Searle LLC, et al.*
(06-4514 CRB)

17 | *Shirley Lindeen vs. G.D. Searle LLC, et al.*
(06-4515 CRB)

18

19 | *Colleen Nagle Mehegan, et al. vs. Pfizer Inc, et al.*
(06-4547 CRB)

20

21 | *Charles Snodgrass vs. Pfizer Inc, et al.*
(06-4661 CRB)

22 | *John Vandale vs. Pfizer Inc, et al.*
(06-5257 CRB)

23

24 | *William Coulson, et al. vs. Pfizer Inc, et al.*
(06-5261 CRB)

25 | *Dick Shepherd vs. Pfizer Inc, et al.*
(06-5417 CRB)

26

27 | *Robin Morrison, et al. vs. Pfizer Inc, et al.*
(06-6900 CRB)

28 | *Rosa Cebreros, et al. vs. Pfizer Inc, et al.*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

1  (06-7003 CRB)

2  *Marsha Fiorini, et al. vs. Pfizer Inc, et al.*
   (06-7113 CRB)

3

   *Florence Salle vs. Pfizer Inc, et al.*
4  (06-7207 CRB)

5  *Jimmie A. Scott vs. Pfizer Inc, et al.*
   (06-7259 CRB)

6

   *William Edward Simpson vs. Pfizer Inc, et al.*
7  (07-0972 CRB)

8  *Terry Vintson vs. Pfizer Inc, et al.*
   (07-0977 CRB)

9

   *Deanna L. Walston vs. Pfizer Inc, et al.*
10  (07-1318 CRB)

11  *Louis Romanelli vs. Pfizer Inc, et al.*
    (07-2631 CRB)

12

    *Johnnie L. West vs. Pfizer Inc, et al.*
13  (07-5687 CRB)

14  *Lyle McNeal (MO), et al. vs. Pfizer Inc, et al.*
    (07-5915 CRB)

15

    *Gene Summers vs. Pfizer Inc, et al.*
16  (08-0259 CRB)

17  *Maria Avendano vs. Pfizer Inc, et al.*
    (08-1099 CRB)

18

    *Mary Woodall vs. Pfizer Inc, et al.*
19  (08-1183 CRB)

20  *Mildred Sturdavant vs. Pfizer Inc, et al.*
    (08-1976 CRB)

21

    *Netra Thomas vs. Pfizer Inc, et al.*
22  (08-2110 CRB)

23  *John Denton vs. Pfizer Inc, et al.*
    (08-2459 CRB)

24

    *Joanne Schwandt vs. Pfizer Inc, et al.*
25  (08-2604 CRB)

26  *Donald Schwanke vs. Pfizer Inc, et al.*
    (08-3709 CRB)

27

    *Cheryl Samuel vs. Pfizer Inc, et al.*
28  (09-0888 CRB)

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

1

2      Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

3  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

4  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

5  each side bearing its own attorneys' fees and costs.

6

7      DATED: 10·29, 2009       By: _____

8                            **BEASLEY, ALLEN, CROW, METHVIN,**
                           **PORTIS & MILES, P.C.**

9                             218 Commerce Street
                           P.O. Box 4160

10                            Montgomery, Alabama 36103
                           Telephone:  334-269-2343

11                            Facsimile:  334-954-7555

12                            *Attorneys for Plaintiffs*

13

14     DATED: Oct. 29, 2009       By: _____

15                            **DLA PIPER LLP (US)**
                           1251 Avenue of the Americas

16                            New York, New York 10020
                           Telephone:  212-335-4500

17                            Facsimile:  212-335-4501

18                            *Defendants' Liaison Counsel*

19

20

21     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

22

23         **NOV 1 3 2009**
    Dated: _____

24                      Hon. Charles R. Breyer
                     United States District Court

25

26

27

28

-4-

PFZR/1035934/1132569v.1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42592415.1